IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1440-JLK**

**MELANIE KAY APPLETON,**

    Plaintiff,

v.

**STELLAR RECOVERY, INC.,**

    Defendant.

## ORDER

Kane, J.

In light of the Stipulation to Dismiss Pursuant to Settlement (doc. #12), filed November 17, 2009, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and without cost to either party.

Dated: November 18, 2009

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court